OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**Northern** DISTRICT OF **California**

**FILED**
APR 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
SCOT ALLAN BEANE

CRIMINAL COMPLAINT

Case Number:

**3 08 70206**

(Name and Address of Defendant)

**TL**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 7, 2008** (Date) in **San Francisco** County, in the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)
knowingly and by force, violence and intimidation take from an employee of the Washington Mutual Bank, 2166 Chestnut Street, San Francisco, California, approximately $6,600 in U.S. currency in the care, custody, control, management and possession of Washington Mutual Bank, the deposits of which were and are insured by the Federal Deposit Insurance Corporation (FDIC),

in violation of Title **18** United States Code, Section(s) **2113(a)**.

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT MADE A PART HEREOF.

Maximum Penalties:
20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

David T. Walden, Special Agent, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

**4-9-08**  at  **San Francisco,** **California**
Date                                                                City                         State

Hon. James A. Larson        U.S. Magistrate Judge
Name of Judge                     Title of Judge                          Signature of Judge

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                          )     AFFIDAVIT OF
CITY AND COUNTY OF SAN FRANCISCO          )     DAVID WALDEN

I, David Walden, being duly sworn, depose and state:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and my primary assignment is the investigation of bank robbery matters and other violent crimes. I have been a Special Agent since November 1999.

2. This affidavit is submitted in support of a criminal complaint against SCOT ALLAN BEANE, date of birth June 28, 1963, on grounds that he committed a violation of Title 18, United States Code, Section 2113(a) - Bank Robbery. The elements of this offense are as follows: (1) the defendant used force, violence, or intimidation; (2) in taking money belonging to a financial institution; and (3) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC).

3. In connection with my official duties, I have participated in the investigation involving the April 7, 2008, robbery of the Washington Mutual Bank, 2166 Chestnut Street, San Francisco, California, hereinafter, "the bank." In connection with my official duties, I have obtained the following information through my investigation, other FBI agents, and the San Francisco Police Department (SFPD) Inspectors and Officers.

4. Because this affidavit is submitted for the limited purpose of determining probable cause, it does not include all the facts that I have learned in the course of my investigation.

WASHINGTON MUTUAL BANK, APRIL 7, 2008

5. On or about Monday, April 7, 2008, at approximately 10:00 a.m., a white male adult, (hereinafter, "the robber"), entered the bank and approached the victim teller. The robber said, "I'm robbing you. Give me all your big bills. Hurry up! Don't try to push any buttons or give me any rat packs." The victim teller said she was shocked and intimidated by the robber. The victim teller gave the robber money, but the robber said, "That's not enough! Give me more!" The victim teller gave the robber more money and he departed the bank on foot.

6. An audit conducted following the robbery determined the bank suffered a loss of approximately $6,600 in United States currency. At the time of the robbery, the deposits at the bank were federally insured by the FDIC with certificate number 32633.

7. During the course of the robbery, surveillance video cameras captured the robber on digital recordings. From this video, numerous images were produced and printed. The images

1

depicted a white male adult with a tan jacket, blue jeans and dark sunglasses. The victim teller identified the white male adult in the digital images previously described as the robber.

INVESTIGATION

8.  Prior to the captioned bank robbery of April 7, 2008, SCOT ALLAN BEANE walked away from the Cornell Companies, 111 Taylor Street, San Francisco, California. Cornell Companies is a federal half-way house facility where BEANE was housed after being released from prison on previous bank robbery convictions.

   (a.)  On or about April 3, 2008, BEANE's employer, Goodwill Industries, 1500 Mission Street, San Francisco, California, notified Cornell staff that BEANE failed to show up at work. Cornell staff initiated their escape checklist, completed it with negative results and made subsequent notifications of escape to the United States Marshal's Service (USMS), the FBI, and the SFPD.

   (b.)  On or about April 4, 2008, the USMS issued an arrest warrant for BEANE, which currently remains active.

9.  On April 7, 2008, following the aforementioned bank robbery, SA Brian Guy viewed digital images of the robber derived from the bank's security surveillance system. SA Guy recognized SCOT ALLAN BEANE as the bank robber.

10.  On April 7, 2008, SA Walden viewed the digital images of the bank robber derived from the bank's security surveillance system and recognized SCOT ALLAN BEANE as the bank robber. SA Walden arrested BEANE in 2001 and is personally knowledgeable of BEANE's physical appearance.

11.  On April 7, 2008, SA Guy conducted a follow-up investigation with BEANE's employer, Goodwill Industries. SA Guy conducted two interviews with a manager and one other employee regarding BEANE's potential whereabouts. During the course of those interviews, both employees were individually shown digital images of the robber derived from the bank's security surveillance system. Both employees identified SCOT ALLAN BEANE as the white male adult bank robber depicted in the digital images.

/

/

/

/

12. Based on the above information, I submit there is probable cause to believe that SCOT ALLAN BEANE, a white male, date of birth June 28, 1963, did commit an offense against the United States, to wit:

(a) BEANE did, on April 7, 2008, by force, violence, or intimidation, take from an employee of the Washington Mutual Bank, 2166 Chestnut Street, San Francisco, California, approximately $6,600 in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

13. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

David.T. Walden, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 9th DAY OF APRIL 2008.

The Hon. James Larson
United States Magistrate Judge

3