BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant SCOT ALLAN BEANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 3:08-MJ-70206-MAG-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING DATE |
| v. | ) | |
| SCOT ALLAN BEANE, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. This matter is currently set for detention hearing on April 17, 2008 at 9:30 a.m.

2. Defense counsel must be in District Court in Oakland that morning on another matter. Accordingly, the parties are requesting that the detention hearing be rescheduled for April 18, 2008 at 9:30 a.m.

//

//

//

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

1  IT IS SO STIPULATED

3  Date: April 15, 2008                    _____/S/_____
                                           NED SMOCK
4                                          Assistant Federal Public Defender

5  Date: April 15, 2008                    _____/S/_____
                                           LARA KROOP
6                                          Assistant United States Attorney

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:08-MJ-70206-MAG-1 |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | |
| SCOT ALLAN BEANE, | ) | |
| Defendant. | ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that the detention hearing, previously set by this Court for April 17, 2008 at 9:30 a.m., shall be continued to April 18, 2008, at 9:30 a.m.

Date:

_____
HONORABLE JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

3