IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:08-MJ-70206-MAG-1 |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | |
| SCOT ALLAN BEANE, | ) | |
| Defendant. | ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that the detention hearing, previously set by this Court for April 17, 2008 at 9:30 a.m., shall be continued to April 18, 2008, at 9:30 a.m.

Date: April 16, 2008

_____
HONORABLE JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

3